UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2021 APR 14 P 4: 12

USDC-EDPA

| | |
|---|---|
| CONFERENCE OF PRESIDENTS, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| **JEFFREY CUTLER** | ) |
| | ) |
| Intervenor Plaintiff | ) |
| | ) |
| **v.** | ) |
| | ) |
| CITY OF PHILADELPHIA , et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

**CASE NO. 2:21-cv-01609**

JURY TRIAL REQUESTED

## MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER,BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS MOTION MOTION TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 18 U.S. Code § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES, 18 U.S.C. § 3 ACCESSORY AFTER THE FACT MURDER, BANKRUPTCY FRAUD, 15 U.S.C. §§ 78dd-1, & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT,** to correct for new crimes and **OBSTRUCTION of JUSTICE** recently discovered. On **17MAR2021 time stamped 1:26 PM** Mr. Cutler filed a **347 Page** PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **20-1805 USCA** third circuit. Instead of granting a hearing the CLERK's OFFICE of the USCA issued an ORDER that granted Mr. Cutler, the ability to **PAY** 505.00 without resinding the order dismissing case 20-1805 (**ECF 52**). To garner a hearing before an **ENBANC COURT**, Mr. Cutler filed a 356 page EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,

MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR

JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in case **19-1842**

**USCA** third circuit, time stamped 06APR2021 at 2:46 PM (first 67 pages attached)

Someone from the clerk's office acknowledged they got the document at 4:10 PM

06APR2021. Mr. Cutler emailed the PDF of the stamped copy to all parties in the

case as well as over 400 individuals. On **11MAR2021** JEFFREY CUTLER FILED A

**MAIL FRAUD COMPLAINT** AGAINST **THE PEOPLES REPUBLIC OF**

**CHINA** FOR CLAIMING THEY REFUSED A **321** PAGE MOTION TO

INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code

§ 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 &

MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case #1:20-cv-00099 in the UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI received on

or near 16FEB2021 at their embassy in Washington, DC (tracking 9505 5141 4909

1042 6153 86) at their DC Embassy (3505 International Place, NW) and after

opening the document one week later (24FEB2021) claimed the document was

REFUSED in a conspiracy with the POST OFFICE to **CHEAT** the UNITED

STATES GOVERNMENT of **RETURN POSTAGE** and follow the LAWS of the

UNITED STATES OF AMERICA. This effectively PUTS the PEOPLES

REPUBLIC OF CHINA in **DEFAULT** for violating the LAWS of the UNITED

STATES and shows they have been properly served and the return of the document

equates to a **Waiver of Service**.  Inside the document was a **193 page** report that **COVID-19** is **LAB DERIVED** and JEFFREY CUTLER was claiming CHINA has engaged in **Bio-Warfare** with the WORLD based on a previous actions with **HEPARIN** and pet food and that the testing supplies are **tainted** and may be spreading the disease in the United States. The media and political leaders have been **BRIBED** to go along with MASKS and distance are the ONLY cure when **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 and FLU that result in DEATH from pneumococcal disease and Ivermectin to treat the COVID-19 <ref> https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/ </ref> Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". On 03JAN2019 [[Nancy Pelosi]] made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and

stated "[N]o one would be hurt and the greater justice would be attained" and violated

(18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-

cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey Cutler filed a lawsuit

in FEDERAL COURT **5:19-cv-00834** in [[**Philadelphia**]] against [[**Nancy Pelosi**]]

called (**CUTLER v. PELOSI, et al**.). This is 26 YEARS AFTER THE FIRST

**WORLD TRADE CENTER BOMBING**.  This documents that service of the

complaint has been **SERVED** on the **PEOPLES REPUBLIC OF CHINA** at their

**EMBASSY TO THE AMBASSADOR**.  Mr. Cutler had also published information

that the **MURDER** of two **BLACK AUSAs**  **Jonathan Luna** <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> (Found 04DEC2003) and **Beranton**

**Whisenant** <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> (Found

25MAY2017) were also MURDERED by possibly members of the **KKK**.  Mr.

Whisenant was found on the same day **George Floyd** was declared Murdered in

2017.  Despite calls to the clerk of the United States Court of Appeals, the clerks

Time Stamped Petition for Enbanc Hearing case 20-1805 is still not on the docket.

To get the time stamped document for case 20-1805 on the docket Mr. Cutler filed a

copy of the Petition in case in Eastern District Court case #2:21-cv-01290, and get

redress of grievances in person at the same courthouse in Philadelphia on

**23MAR2021** with a 341 page motion to Intervene. On **24MAR2021** judge Kenney

denied the motion to intervene **ECF 4** and stated the document was

**incomprehensible and has no bearing or relavance to the above captioned action**,

even though the motion was **unopposed**.  A **mail fraud complaint** has been filed against judge Chad Kenney. Also on **13JAN2021 at 4:10 PM** on that date Mr. Cutler filed a 321 page document for case 20-1422 which contained **EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD** (page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the CDC have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19** <ref> https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref> https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref> https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19**

is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE**

**CHINA GONE FROM LISTS AND PROGRAMMED TO BE EXCLUDED**

**JUST LIKE VOTES FOR TRUMP**.  It is believed that the testing components may

be tainted and is the real reason that so much propoanda has been placed on testing

when vacinations for to stop these deaths is cheaper and readily available.  A

previous document in case 21-40001 was altered by persons unknown to protect the

**CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**, the **PROUD BOYS** is just

another name for the **KKK**.  It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge

Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR.

CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL

PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED

WITH NO RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a

Sonderkommando, elector for Joe Biden and the current **Attorney General** of

Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part

**B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia

USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT

with NO abillity of the president to present any witnesses or other

**EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING**

(to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the

president were selectively **EDITED** to remove the word **peaceful**, and the concept

this speech incited the riot is contradicticted by reports that the **FBI** knew about

activities for over a month (the document is contained in the Addemdum).  This

impeachment as fair was as true and correct as the attack on 11SEP2012 when

[[**Susan Rice**]] stated "But our current best assessment, based on the information that

we have at present, is that, in fact, what this began as, it was a spontaneous -- not a

premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a

few hours earlier, there was a violent protest that was undertaken in reaction to this

very offensive video that was disseminated."  Jeffrey Cutler found out that 5,000

Jews from the Rovno ghetto were shot in the forest near the city of Rovno Ukraine on

13JUL1942, the same day his uncle **IRV CUTLER** was shot down in a **B24** over

**Benghazi Libya**. During this period was the battle at El Alamein stopping NAZI

advance towards Cairo and the Suez Canal.  Anthony Algindy <ref>

https://en.wikipedia.org/wiki/Anthony_Elgindy </ref> working with a **corrupt FBI** agent Jeffrey

Broyer may have had prior information of the attacks on 911.  They both may be part

of the <ref> https://en.wikipedia.org/wiki/United_States_Federal_Witness_Protection_Program </ref>.

The apparatus involving the **FBI** and **CIA** may have started when they tareted

**Fawaz Younis** and operation **GOLDENROD** was started  and he was captured for the 1985 Hijacking of an aircraft from Beirut with 4 americans aboard, but has been corrupted.   On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT **20OCT2020** PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936, PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN  FIFTH CIRCUIT  21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM **TORRES** ON **12APR2018** TO THE CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE **POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**

**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. The **Proud Boys** (Philadelphia leader Zach Rehl) had his first court appearance Friday the 19MAR2021. On 13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private Criminal Complaint About Perjury and Obstruction of Justice made to Office of Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of [[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]] and [[Parable of the Unjust Judge]].  Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a

Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020 at 1:38 PM Jeffrey Cutler filed a PETITION FOR ENBANC REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filed a PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records)   FOR JUDICIAL EFFICIENCY in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and

he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com)

A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other

organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT

THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase

in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

 https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE

17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records)  & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored. Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police). Mr. Cutler previously had contested the states order that they

could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions. Priority mail tracking number #9510 8066 2091  0225

1534 23. A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York,  and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

**Clarence C. Newcomer** ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of **MAIL FRAUD**.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on

the injuries may be the same individuls in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making

false statements by mail in denying claims. Mr. Cutler believes he should be

included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more

readily available. This would set a standard for **CHINA** to attack the United States

even further. The DemoNcrats have pushed for the lowest common demoninater of

activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the

**STATE**. This **WORLDWIDE** attack based on payments and corruption this court

**MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.

On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of

eviction. Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis

(Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).

Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a

Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted

https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1036** cases and **10 deaths** in **TAIWAN** as of **01APR2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19, in the **United States**. This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>
<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>
<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>
<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying

to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE,** also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN INTERSTATE COMMERCE,** and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in **Merck,** which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at **AMAZON**.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653,** misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon
County MUST use 2.8 million of the CARES act funding for MASK
ADVERTISING in direct support of Joe Biden's campaign focus <ref>
https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-
county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler
had the right to Defend the Establishment clause (case 14-5183) and 75 years since
VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC
have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU
& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called
**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO
THE COVID-19 that result in DEATH from pneumococcal disease <ref>
https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN
WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On
22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL
was finally put online in case 20-1449 even though it was actually filed on
20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA
v. JOESEPH JOHNSON.  The office of the president responded to this by
21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020
demanding all places of worship be allowed to open.  Employees of the federal
government and others have been involved in a criminal conspiracy to **OBSTRUCT**
**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  &lt;ref&gt; prosefilings@cadc.uscourts.gov &lt;/ref&gt;

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by  **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE** during the 2020 baseball season and today they allow only

8,000 people to attend in 2021.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a

complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF

FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS**

**A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating

18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee

is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and

Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging

the news media (case 1:16-cv-06624) is just another crime concealed from the

public.That case is included by reference and joined to this one.   The crime-fraud

exception was first recognized in the United States over one hundred years ago, and

the policy behind it is well-defined. (The crime-fraud exception was first recognized

in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal

community does not deem discussions concerning future wrongdoings, such as

fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63.  While the practice of law encourages full and frank communications

between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office. <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt. The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of federal crimes that resulted in convictions. Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law. Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted and were

properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas

O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had

made a complaint by mail to the DA office in Lancaster County, Pennsylvania and

York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on

22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5)

which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a

response to the motion filed in oppoition on 25SEP2019.  Even though the document

filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF**

**GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who

pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed

objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a

**LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties.  Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019.   The current order from that court is in error since the USCA order of  December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded.  He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019.  The office of the clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904  International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both

involve related issues and the Supreme Court previously has indicated they will not

consider the case this term, even though oral arguments were already made.  This

court had allowed the House of Representatives to be an Intervenor. The petitioner,

Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of

Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER**

was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle, (who died unexpectenly in May 2017) may have previously contacted

Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records

of **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAIdUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge  the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it".  The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson.  His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see \<ref\> https://en.wikipedia.org/wiki/Joyce_Gilchrist \</ref\>. It is very easy to Bribe, coerce  or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the

governments in the United States to discontinue religion in and in the State

of Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization.

Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX.  This was previously called Agenda 21.  As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976
</ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a SUICIDE is one way to conceal MURDERS by POLICE or ELECTED officials with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **<u>GREYLORD</u>** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **<u>VOTE</u>**

**<u>EARLY AND OFTEN</u>** and **<u>JUST BECAUSE YOU ARE DEAD IS NO REASON</u>**

**<u>NOT TO VOTE</u>** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**<u>SENTENCED</u>** , while the individual that **<u>MURDRED Lori Gilbert-Kaye</u>**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **<u>SENTENCE</u>**  for a **<u>55 MILLION DOLLR FRAUD</u>** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/ </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47 VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

<ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-
1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-
human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.  Since this case is proof

the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and

1:21-cv-0040 from the District of Columbia be combined with this case.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.  In the Addendum is 67 pages of the document filed in case 19-1842 and

proof Josh Shpiro committed mail FRAUD.  THE CLERK's OFFICE OF THE

UNITED STATES COURT OF APPEALS IN PHILADELPHIA IN A

CONSPIRACY WITH OTHERS INCLUDING JIM KENNEY AND THE

DemoNcratic PARTY, violated 18 U.S. Code § 872 - Extortion by officers or

employees of the United States, AND AIDING AND ABETTONG CONCEALING

THE MURDERS OF TWO BLACK FEDERAL EMPLOYEES (violating 18 U.S.C.

§ 3 Accessory after the Fact MURDER) AUSA JONATHAN LUNA & AUSA

BERANTON WHISENANT PLUS BANKRUPTCY FRAUD 19-11466 (Bankruptcy

of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN

HOSPITAL) AND MISSING DOCUMENTS CASE 19-1842 FILED 06APR2021

AT 2:34 PM.  The murder of Mr.**Wright** was **Wrong**, as well as the **Murder** of

**David Kassik** by  police woman **Lisa Mearkle**  in 2015 and violated his civil

rights<ref> https://news.yahoo.com/princeton-university-policy-political-protests-103048931.html </ref>

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the MOTION TO COMBINE CASES and moved to FEDERAL COURT in Missouri

case # 1:20-cv-00099 be granted as well as **SUMMARY JUDGEMENT**, this is

effectively a **CHANGE IN VENUE**.  All votes via DROP BOXES BE STRICKEN

in Pennsylvania and the count be recalculated, and based on Marks v. Stinson,

**Donald J. Trump** be declared the winner <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in **Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and **Arizona**.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice President at the hotel previously known as the Host Farm, but has since been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania Judge Stickman wrote in the case "but even in an  emergency, the authority of government is not unfettered" in the case of County of Butler v Wolf.  This  court should also declare the entire Affordable Care Act (Obamacare) law and the executive order  signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**. The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered **MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031** Northern District of Washington, plus this case and  **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

**ASHLI  BABBITT**  MURDER WAS THE START OF **KRISTALNAHT** in the

UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.  Just because the Biden

Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING**

**THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY

THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,


DATE:_____14APR2021_____          _____/s/ Jeffrey Cutler_____

                                        Jeffrey Cutler, pro se
                                        215-872-5715 (phone)
                                        eltaxcollector@gmail.com
                                        P.O. Box 2806
                                        York, PA 17405

### CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I filed the foregoing with the Clerk of the EASTERN DISTRICT OF PENNSYLVANIA by Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other  participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2021 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.     SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A PENALTY.

[3]  BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN EVERY PUBLICATION THEY CONTROL.

[4]  Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[5]  ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[6]  JERRY NADLER for stating that "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a SONDERKOMMANDO, along with Josh Shapiro.

[7]  ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE AND THEIR CONSPIRACY AGAINST JEFFREY CUTLER.

[8]  ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR SLANDER BY DOMINION, SINCE THE BIG LIE IS THE **TRUTH**.

[9]  ORDER THAT  MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[10] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[11] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[12] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after the fact.

[13] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma,

etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[14] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[15] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[16] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[17] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge

Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, and Judge Catherine Blake, Judge Chad Kenney

pay twice their daily salary each day to the innosense project , until they resign.

[18] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the

document and then trying to claim it was refused 1 week later.

[19] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[20] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[21] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[22] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[23] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[24] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause

why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[25] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[26] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[27] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[28] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[29] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[30] Other remedies the court deems appropriate.

[31] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[32] Order Nancy Pelosi to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[33] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[34] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[35]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[36] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[37] Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and  1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586  from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and this case.

[38] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[39] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at  511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[40] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are  **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[41] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[42] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[43] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[44] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[45] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[46] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[47] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[48] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[49] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[50] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and

reporting act.

[51] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.

[52] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[53] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[54] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[55]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[56] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[57] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[58] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[59] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[60] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[61] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[62] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacy Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[63] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of  $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[64] Order the heirs to the estate of Davud Kassik be compensated at a another minimum of  $250,000 and at least 1% be paid by former officer former Lisa Mearkle of the Police Department.

[65] Princeton University pay a one million dollar penalty for limiting GOD in favor of protests

[66] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[67] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car via email to Mr. Cutler.

[68] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment of at least 10% of their NET WORTH.

[69] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[70] SEPTA needs a temporary route 377 (it means minus 1 in octal) to make up for the closure of the Market-Franford station at Sommerset. It would go from Huntington to Allegheny stations with free 1 hour pass for the Market Frankford line EL, to compensate residents for the poor job SEPTA and Leslie Richards have been doing. Mr. Cutler has previously testfied about a vision for SEPTA in the future.

[71] Leslie Ricards should pay for the Driver salary for Route 377 from her compensation.

[72] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDERAL GOVERNMENT.

[73] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[74] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[75] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[76] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[77] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[78] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[79] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[80] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[81]      GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=XqngkJolrBk &lt;/ref&gt;&gt;

[82]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; &lt;ref&gt;https://www.youtube.com/watch?v=CoXy7gXOJtA &lt;/ref&gt;

[83]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=DJOB2DiNNsY &lt;/ref&gt;

[84]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=7-w5NZYUlC0 &lt;/ref&gt;

[85]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=WQfOwB-k7yQ &lt;/ref&gt;

[86]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=xNdTBw7z_aw &lt;/ref&gt;

[87]     GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

&lt;ref&gt; https://www.youtube.com/watch?v=DV-92HMNGuY &lt;/ref&gt;

[88] GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with &lt;ref&gt;

https://www.youtube.com/watch?v=ONc7g3PqtOM &lt;/ref&gt;

[89] GOOGLE  is guilty of violating and in conjunction with every other news media including ABC, CBS,

NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[90] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have

conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their

pension for 10 years.

[91] ALL PENALTIES THAT THE IRS HAS LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF

MAIL FRAUD.

[92] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to

RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any

payments made to them, and pay the equivalent  of  Social Security Death payment for everyone that died in

Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[93] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines

from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide

new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[94] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[95] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos,  Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[96] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji  </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[97] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[98] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[99] Order all charges against Donld Trump and associates be vacated for violating FRUIT OF THE PISONOUS TREE.

[100]    Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[101]    Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oaths of office

[102]    Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[103]    Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: _____, 2021_____                              _____

                                                              BY THE COURT

ADDENDUM

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. <u>20-1805</u>

Jeffrey Cutler v. Speaker of the House of Repres, et al

(District Court/Agency No.: 5-19-cv-00834)

## O R D E R

No action may be taken on the motion to reopen at this time. A motion to reopen cannot be processed until either the docketing and filing fees have been paid to the District Court or a properly executed motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> filed.

The above deficiencies must be corrected on or before **04/15/2021**. If the deficiencies are corrected within the time stated, the motion to reopen will be submitted to a panel of the Court.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:   April 1, 2021
JK/cc:  Jeffrey Cutler,
All Counsel of Record

**CM ECF**  **Case Search**   **Calendar**   **Opinions**   **Orders/Judgments**   **Briefs**   **XML**   **TXT**      **Logout**   **Help**

If you view the  [ Full Docket ]  you will be charged for 5 Pages $0.50

### General Docket
### Third Circuit Court of Appeals

| | |
|---|---|
| Court of Appeals Docket #: 20-1805 | Docketed: 04/21/2020 |
| Nature of Suit: 2440 Other Civil Rights | Termed: 03/10/2021 |
| Jeffrey Cutler v. Speaker of the House of Repres, et al | |
| Appeal From: United States District Court for the Eastern District of Pennsylvania | |
| Fee Status: Due | |

Case Type Information:
  1) civil
  2) United States as party
  3) civil rights

Originating Court Information:
  District: 0313-2 : 5-19-cv-00834
  Trial Judge: Jeffrey L. Schmehl, U.S. District Judge
  Date Filed: 02/26/2019

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 03/04/2020 | 03/04/2020 | 04/14/2020 |

| | | |
|---|---|---|
| 07/10/2020 | 45 | ECF FILER: LETTER on behalf of Appellee Fulton Bank. Appellee Fulton Bank will adopt the Appellee Fulton Bank requests to join in Appellee Verizon Pennsylvania, LLC's Motion for Summary Affirmance on behalf of Appellee Verizon. Certificate of Service dated 07/10/2020.Service made by ECF, US mail. This document will be SENT TO THE MERITS PANEL if/when applicable. [20-1805] (JAT) [Entered: 07/10/2020 04:16 PM] |
| 07/14/2020 | 46 | ECF FILER: Response filed by Appellee Verizon to motion. Certificate of Service dated 07/14/2020. [20-1805] (BLC) [Entered: 07/14/2020 01:00 PM] |
| 07/16/2020 | 47 | ECF FILER: LETTER on behalf of Appellee State Farm Insurance. Appellee State Farm Insurance will adopt the Verizon Pennsylvania LLC's July 14, 2020 response to Appellant's petition for summary affirmation, pursuant to Federal Rule of Appellate Procedure 28(i) on behalf of Appellee Verizon. Certificate of Service dated 07/16/2020.Service made by ECF, US mail. This document will be SENT TO THE MERITS PANEL if/when applicable. [20-1805] (SEC) [Entered: 07/16/2020 02:47 PM] |
| 07/16/2020 | 48 | ECF FILER: Reply by Appellee Fulton Bank to motion. Certificate of Service dated 07/16/2020. Service made by ECF, US mail [20-1805] (JAT) [Entered: 07/16/2020 03:52 PM] |
| 07/16/2020 | 49 | RESPONSE on behalf of Appellant Jeffrey Cutler to Letters to the Clerk of ECF 35, 37, 38, 40,44, 45 and 46 in Support of Summary Affirmation Because of Obstruction of Justice and Conspiracy to Commit Mail Fraud. Certificate of Service dated 07/16/2020. Service made by ECF, US mail. (JK) [Entered: 07/17/2020 06:26 PM] |
| 07/21/2020 | 50 | ECF FILER: Motion filed by Appellee Haverford Township Police Department to summarily affirm. Certificate of Service dated 07/21/2020. Service made by ECF, US mail. (RPD) [Entered: 07/21/2020 06:36 PM] |
| 07/27/2020 | 51 | EXTENDED RESPONSE on behalf of Appellant Jeffrey Cutler to ECF 35, 37, 38, 40, 41, 43, 44, 45, 46, 48 & 50 in Support of Summary Affirmation Because of Obstruction of Justice and Conspiracy to Commit Mail Fraud and Other Crimes. (JK) [Entered: 08/05/2020 11:42 AM] |
| 03/10/2021 | 52 | ORDER (Clerk) dismissing case, pursuant to F.R.A.P. 3(a) and LAR 3.3 and Misc. 107.1(a), for failure to pay the filing fee for the notice of appeal. Case terminated on 03/10/2021. (JK) [Entered: 03/10/2021 03:28 PM] |
| 03/17/2021 | 53 | PETITION filed by Appellant Jeffrey Cutler for En Banc Hearing Beacause of Crimes (18 U.S. Code Section 1519 - Destruction, alteration or falsification of records), 15 U.S.C. Section 78dd-1, Mail Fraud, Equal Protection and to Combine Cases for Judicial Efficiency and Summary Affirmation, also construed as a Motion to Reopen . Certificate of Service dated 03/17/2021. (JK) [Entered: 04/01/2021 03:43 PM] |
| 04/01/2021 | 54 | NONCOMPLIANCE Order sent to Appellant Jeffrey Cutler requesting either payment of the filing fee or a Motion to Proceed In Forma Pauperis. Compliance due 04/15/2021. (JK) [Entered: 04/01/2021 03:48 PM] |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| Third Circuit - 04/06/2021 06:24:06 | | |
| PACER Login: | jk6550 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 20-1805 |
| Billable Pages: | 1 | Cost: | 0.10 |

| | https://secure.ag.state.mi.us/complaints/consumer.aspx | | | 🔍 Search | |
|---|---|---|---|---|---|



**STATE OF MICHIGAN**
**DEPARTMENT OF ATTORNEY GENERAL**

**michigan.gov**
State of Michigan
Official Website

Michigan.gov Home | AG Home | Site Map

## Thank you for your Complaint / Inquiry

**Your complaint has been successfully submitted. Please print and/or save this confirmation for your records.**

The Attorney General's Consumer Protection Division has received and will be reviewing your correspondence. Please retain this confirmation as it includes the Attorney General number assigned to your correspondence. If your correspondence involves a consumer complaint, the Attorney General's office will likely contact the company on your behalf and provide you with a copy of the response we receive. If your correspondence involves a question or a request for information, we will respond to your inquiry as soon as possible.

The Attorney General's office helps thousands of consumers each year. We want to help you resolve your complaint to your satisfaction. Because of the enormous volume of complaints we receive, however, the Attorney General's office cannot file lawsuits on behalf of individual consumers. Rather, the Attorney General will sue a company only when the general public interest is involved or in certain cases involving a large number of consumers. Accordingly, if you feel that a lawsuit may be necessary in your case, you may wish to file a complaint in Small Claims Court or hire your own attorney.

If your correspondence is just to give us information and you indicated that you do not need us to respond, thank you. The material you provided will remain part of our public database. You will not hear from us again unless we have questions.

If you need to supply additional information and/or documents, please include in the subject line the following **Complaint Identification Number**: **2021-cp04131805833-A**

### COMPLAINT MIDLAND CREDIT MANAGEMENT

- Email: cp_ocs@michigan.gov
- Fax: (517) 241-3771
- Mail: P.O. Box 30213, Lansing, MI 48909

Sincerely yours,
Consumer Protection Division
(877) 765-8388
(517) 373-1140

Web Complaint Number: 2021-cp04131805833-A                    Submitted: 4/13/2021 6:05:48 PM

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 8, 2021

Clerk
United States Court of Appeals for the Third Circuit

601 Market Street, Room 21400
Philadelphia, PA  19106

Re:  Mahanoy Area School District
v. B. L., a Minor, By and Through Her Father, Lawrence Levy
and Her Mother, Betty Lou Levy
No. 20-255
(Your No. 19-1842)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

In The

# United States Court of Appeals

# for the Third Circuit

2021 APR -6  P 2: 34

'CPC-EDPA

## 19-1842

B.L a Minor, et al,
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

MAHONOY AREA SCHOOL DISTRICT
Defendants-Appellant

*Appeal from Middle District of Pennsylvania 3:17-cv-01734 the Order/Judgment entered April 22, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 5:19-cv-00834 and Clerk's order of March 10, 2021.*

## EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING

## BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

## alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL

## FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR

## JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION

ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Intervenor Paintiff-Appellee in this case states that Mr. Cutler believes that the persecution of **B.L a Minor, et al**., was by members of an organization which may have members that may be members of a group that has persons that dislike **JEWS** , and/or wicked.  In lieu of a hearing in the Supreme Court Mr. Cutler petitions this court for an EMERENCY EXPEDITED PETITION FOR ENBANC HEARING BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION.  Mr. Cutler asserts this PETITION is timely since it responds to the action by the court in this case of 08JAN2021 granting a hearing in the Supreme court and a letter by the clerk in case 20-1805 on 01APR2021 detailing that no action would be taken in case 20-1805 based on an Order of the Clerk to dismiss based on failure to make payment.  Mr. Cutler notified the court that the Order to dismiss is grand conspiracy to attack the United States as an act treason and revenge and violates equal protection.  The demoNcratic party in connection with the Peoples Republic of China, news media, and others have engaged in an effort to engage in activities based on bribes and cheat every American citizen out of religious freedom. The clerks and judges in varied courts including New York, Washington DC, have acted in concert to destroy documents to conceal the greatest [[**Electoral fraud**]] in the history of the United States.  The order to **DISMISS** was **UNCONSTITUTIONAL** because it violates **EQUAL PROTECTION**, and a **CONTINUING CONSPIRACY**,

which has been aimed at Mr. Cutler since he filed his first challenge to

**OBAMACARE**, **31DEC2013** in case **1:13-cv-2066** when the clerks office on

**25JUL2014** **CONSPIRED TO IGNORE PROPER PAYMENT**, based on bribes

and other illegal activity by clerks and judges in various courts, to conceal the

**MURDER** of **Jonnathan Luna**, by members of the **KKK** or persons related to the

organization.  The clerks office in case 20-1805 finally issued a **NONCOMPLIANCE**

**warning letter** and time to correct any defect, as required by law, of the payment

received by Steve Thomas.    Because the document filed by Mr. Cutler was ignored he

filed to intervene in a related case in District court in case 2:21-cv-01290 on

23MAR2021.  His **unopposed** motion was denied by the judge one day later, and Mr.

Cutler filed a mail fraud complaint against the judge.  Mr. Cutler now petitions this

court for an EMERGENCY EXPEDITED PETITION FOR ENBANC HEARING

BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records), 15 U.S.C. §§ 78dd-1,MAIL FRAUD EQUAL PROTECTION

AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

AFFIRMATION.  The clerk's office in Washington, DC hid or destroyed Mr. Cutler's

Erratta Motion to Intervene.  The previous document sent to the the court on

**01MAR2021** was **hacked** by parties unknown and changed the case number from

**1:21-cv-00445** to **1:20-cv-00445** in this document. This document replaces the 311

page document filed for case **1:20-cv-00445**. On **13JAN2021 at 4:10 PM**,  that latter

date Mr. Cutler filed a 321 page document for case 20-1422 which contained

**EXCULPATORY EVIDENCE OF DOCUMENTED ELECTORAL FRAUD**

(page 62, 67 and 320 & first 69 pages in addendum) a **CONSPIRACY** to **ENGAGE** in **CRIMINAL ACTIVITY**.  This document is still not present on the docket, a federal crime.  It is believed this is has been based on **BRIBES** and **COLUSION** with funds from **CHINA** to hide an international effort to engage in [[**Biological warfare**]] with a primary target being the United States, and **DESTROY** the value of the **UNITED STATES DOLLAR**.  **DR. FAUCCI**, **KRISTEN WELKER** and Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU** & **COVID-19**  and & **Ivermectin** to treat it. <ref>

https://nypost.com/2021/02/05/youtube-cancels-the-senate-and-other-commentary/  </ref><ref>

https://www.futuremedicine.com/doi/10.2217/fca-2020-0082 </ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR **MERCK**. THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>

https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref><ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html </ref><ref> https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html </ref><ref> https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref> <ref>

https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac </ref> **COVID-19** is **Biological warfare** <ref>https://en.wikipedia.org/wiki/Biological_warfare </ref> **NOTE CHINA GONE**

**FROM LISTS AND PROGRAMMED TO BE EXCLUDED JUST LIKE VOTES**

**FOR TRUMP**.  It is believed that the testing components may be tainted and is the

real reason that so much propoganda has been placed on testing when vacinations for

to stop these deaths is cheaper and readily available.  A previous document in case 21-

40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and

**KLU KLUX KLAN**.  It also shows **BIAS** and **MALICIOUS** intent to violate

**EQUAL TREATMENT** under the law, a violation of the United States Constitution

**Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC**

on **14AUG2015** for case **14-5183** , an **ORDER** does not **EXPIRE**.  Mr. Cutler was

granted the **RIGHT** to protect the **ESTABLISHMENT CLAUSE** by the court and

has been trying to pursue his first ammendment right to **PETTION THE COURT**

**FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge

Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR.

CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION

UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO

RECORD ON THE DOCKET EVEN THOUGH **JOSH SHAPIRO** (a

Sonderkommando, elector for Joe Biden and the current **Attorney General** of

Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B**

coverage while the order in this case grants that coverage immediately to **NON-**

**CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically**

stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA**

**RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second

generation American and **JEWISH**, eligable to be President or **Speaker of the House**.

In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres

dated **12APR2018** (the same day in 1945 Harry Truman was sworn in as President)

that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed

20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws

were altered in Pennsylvania to provide **DROP BOXES** that failed to have this

provision.  The DOMINION VOTING SYTEMS ALSO FAIL TO HAVE A HARD

COPY RECEIPT AVAILABLE.  Mr. Cutler had stated these ballots violated the states

**OWN** order, and a judge should declare they are **ILLEGAL**, just like the term that

may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The

**Citizens of the State** of **New York** and may have been violated by equal protection

03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to

substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the

coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page

**AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR**

**HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18**

**U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL**

**FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND**

**SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior

to the vote of the SNAP IMPEACHMENT with NO abilility of the president to present

any witnesses or other **EXCULPATARY** evidence  This was equivalent of a  **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated."  On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF USCA CASE 20-2936, PAGE 320 OF CASE 20-1422 FILED 13JAN2021 AT 4:10 PM (BEFORE THE

IMPEACHMENT VOTE) AND PAGE 384 OF DOCUMENT FILED IN FIFTH

CIRCUIT 21-40001<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP

BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT

AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE

CONTRARY. **ASHLI BABBITT** WAS ACTING AS A **CITIZEN JOURNALIST**

AND SHE HEARD THE CONSPIRACY WITH **KKK/ANTIFA** AND THE

**POLICE**, THAT IS WHY SHE WAS MURDERED.  PER **USCA** CASE **17-1770**

**JOE BIDEN** WAS PART OF A GROUP HELPING TO SMUGGLE STOLEN NAZI

ART INTO THE UNITED STATES AND BILL COSBY FOUND OUT. On

13JAN2021 JOSH SHAPIRO is named in part of a Petition [[En banc]] in the USCA

in [[Philadelphia]] on Page 62 is a letter from [[Nancy Pelosi]] to [[Ted Wheeler]]

dated 27AUG2020 SUPPORTING VIOLENCE IN [[Portland, Oregon]], On Page 67

is EVIDENCE OF COMPLAINT of [[Electoral fraud]] made to Office of Attorney

General Josh Shapiro 24DEC2020 at 7:50 AM. On Page 68 is a letter of a Private

Criminal Complaint About Perjury and Obstruction of Justice made to Office of

Attorney General Josh Shapiro dated 20JUN2017, that concerns the MURDER of

[[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see [[Publican and the Pharisee]] and

[[Parable of the Unjust Judge]].  Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref>

and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>

https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v.

JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.

The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all

places of worship be allowed to open.  Employees of the federal government and

others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and

damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed

documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler

had sent a 330 page document on 17JUL2020 but that document vanished, just like the

white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny

Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The

USPS tracking number 9510 8141 4908 0199 0615 60 is not reporting results.  The

lawyers in sending Mr. Cutler the letters by MAIL makes them all a  party to the

**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**and **MAIL**

**FRAUD**, and the training agreement (**National Democratic Training Committee**) document

DEMOMSREATES THIS FACT.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY

AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM Jeffrey Cutler

filled a 194  Page AMENDED PETITION TO COMBINE CASES  FOR JUDICIAL

EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL

FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY

AFFIRMATION  USCA CASE 20-2936. For USCA CASE 20-2936 On 28OCT2020

at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION

TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18

U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY

DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE

TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filled a PETITION

TO COMBINE ADDITIONAL CASES BEFORE  ENBANC REVIEW BECAUSE

OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records)   FOR JUDICIAL EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR PRESIDENT INC., et al. v. KATHY BOOCKVAR, et al. case 4:20-cv-02078. Mr. Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC. VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. § 1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number 4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD, and he got a 193 page report from Steven Carl Quay, MD, PHD (Steven@DrQuay.com) A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY and SYDNEY POWELL.  Other organizations had stated COVID-19 is Bio Warfare.

<ref> https://journal-neo.org/2020/04/15/did-america-just-confess-to-a-covid-19-bio-war/ </ref>

<ref> https://www.rightwingwatch.org/post/covid-19-is-chinese-bio-warfare-says-trump-allied-megachurch-pastor-jack-hibbs/ </ref>

<ref> https://www.siasat.com/covid-19-biowarfare-says-bioweapon-creator-dr-francis-boyle-1866058/ </ref>

<ref> https://www.cnn.com/2020/04/08/politics/biological-warfare-laws-covid-19/index.html </ref>

<ref> https://www.biologicalweapons.news/2020-02-19-covid-19-coronavirus-found-to-contain-gain-of-function-for-efficient-spreading-human-population.html </ref>

<ref> https://www.washingtontimes.com/news/2020/jan/26/coronavirus-link-to-china-biowarfare-program-possi/ </ref>

<ref> https://www.city-journal.org/html/when-germ-warfare-happened-13282.html </ref>

<ref> https://www.dallasnews.com/news/public-health/2020/03/18/dallas-federal-lawsuit-accuses-chinese-government-of-creating-coronavirus-as-biological-weapon/ </ref>

BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-

1770 **<u>JOE BIDEN</u>** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM

WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED

IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES

FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the UNITED

STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN

INTERVENOR DEFENDANT.On page 46&47 of USCA case **<u>20-2936</u>** filed

12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF

33 filed 28OCT2020.  Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED  TO ALTER VOTES  and possibly by the same

programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-

explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-

problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN

IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ),

in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr. Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons obstructing justice like in

case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the

documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.

Priority mail tracking number #9510 8066 2091  0225 1534 23.  A document sent to

the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number

EJ505034251OS and vanished also, just like previous documents in federal court.  In

case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL

(EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction,

alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE

OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant.  [[DACA

CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315

attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD

AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED

AS PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v.

THOMAS WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was

recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite

multiple claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the

case in New York,  and a MAIL FRAUD complaint has been submitted for his

previous actions and BASED ON A STORY ON PAGE B2 09DEC2020

PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD

BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE

59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact

MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge Clarence C.

Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the

election from Bruce S. Marks in North Philadelphia's Second Senatorial District

through an elaborate fraud in which hundreds of residents were encouraged to vote by

absentee ballot, a form of MAIL FRAUD.  On many of the ballots, they used the

names of people who were living in Puerto Rico or serving time in prison, and in one

case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision

made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though

the judge is named as part of the complaint filed for case #1:20-cr-00165 for **MAIL**

**FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-

cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a

reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties

**FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.   On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref>

https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The

murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-

detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA** in violation of the FCPA and the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **1050** cases and **10 deaths** in **TAIWAN** as of **06MAR2021**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19.  This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE,** also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County

MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in

direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-

course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the

USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment

clause (case 14-5183) and 75 years since VJ day of WWII.  DR. FAUCCI,  KRISTEN

WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop

**COMPLICATIONS** from the FLU & COVID-19

<ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S

HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a

PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put

online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM..

The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.

The office of the president responded to this by 21MAY2020.  The president gave a

short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games in the 2020 season.  Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events.   Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.  The news media in

concert with individuals in the DEMOCRATIC party have and some that pretend to

be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed

a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE

OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS**

**IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18

U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is

Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant

<ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and Sean Suitter.

The recent murder of Roy Den Hollander in New York for challenging the news

media (case 1:16-cv-06624) is just another crime concealed from the public.That case

is included by reference and joined to this one.   The crime-fraud exception was first

recognized in the United States over one hundred years ago, and the policy behind it

is well-defined. (The crime-fraud exception was first recognized in the United States

in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem

discussions concerning future wrongdoings, such as fraud, that occur during an

attorney-client communication worthy of protection. Id. at 562–63.  While the

practice of law encourages full and frank communications between the attorney and

client, only communications concerning past wrongdoings are protected.  Mr. Cutler

had previously been elected to Public Office as the TAX COLLECTOR of East

Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office.  <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this

court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case and tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of federal crimes that resulted in convictions.  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the bombs.  Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed

with help of the **FBI**.  The judge dismissed the case even though 5 parties defaulted

and were properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late

Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have

defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had made

a complaint by mail to the DA office in Lancaster County, Pennsylvania and York,

County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on 22SEP2019

in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named

**DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to

the motion filed in oppoition on 25SEP2019.  Even though the document filed on

25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and

**VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an

order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also

violated the United States Constitution **Ammend 1**, by making a **THREAT BY**

**MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's

right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft

of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the

power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING**

**activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on

31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-**

**02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-**

**5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this

end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania,

but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on

04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was

illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had

requested that district court case number  4:20-cv-0064 in the United States District

Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al.**

**v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United

States District Court for the Western  District of Michigan [**KIMBERLEY**

**BEEMER et al. v. GRETCHEN WHTMER et al.**] and case number  1:20-cv-

01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the

United States District Court for the District of MARYLAND, BALTIMORE

DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J.**

**HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in

each case should be included by reference for all civil cases as if they are filed with

this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland

had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3

Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of

Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in

Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a

member of the **KLU KLUX KLAN** in documents related to this case in federal court.

<ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth Circuit the Order from

the United States Northern District of Texas dated January 16, 2020 denying

Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE

VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO

PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion

denying Plaintiff's motion of December 30, 2019.   The current order from that court

is in error since the USCA order of  December 18, 2019, remanded the case back to

District Court and for further disposition and was unopposed and is still unopposed.

Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was

illegally discarded.  He then filed on 07MAR2019 in person (Document

00514863727) , and it was put online March 7, 2019.  The office of the clerk decided

it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020,

(Document 00515289904  International Holocaust Remembrance Day), and it was

only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager**

that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A

violation of EQUAL PROTECTION by employee of the federal government, which

treated the two documents differently and potentially hid the document from the

review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed

a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE

TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document

was put online as document number 00515298284 on 04FEB2020, the same date it

was filed in court.  In the case both **Deputy Clerk Mary Francis Yeager**  and

**Deputy Clerk Roeshawn Johnson** denied the petition.  This violated the United

States Constitution Ammend 1 and  5.  It also also violates Mr. Cutler's rights under

the Sixth Amendment of the Constitution.   Mr. Cutler then on 04MAR2020 filed a

380 page document in this case (2:19-cr-00367).  Within 24 hours of the filing Mr.

Cutler got a threat by phone from an unidentified individual about the filing.  On

06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed.

When the document was downloaded from the federal pacer system it was devoid of

any markings.  On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER

DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR

IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE

NUMBER  2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0

FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.

At that time Mr. Cutler used the terminal in the Federal Courthouse to view some

dockets.  In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF

99) **NOW** was properly marked.  Based on this Mr. Cutler printed a second copy of

the document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-

5262, 03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both involve

related issues and the Supreme Court previously has indicated they will not consider

the case this term, even though oral arguments were already made.  This court had

allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey

Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also **MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAIdUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of DLA Piper (Kamala Harris' husband works for this firm and was part of the case against Mr. Cutler and also filed a motion on this same date against him because he dared to continue to challenge  the ACA . During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it".  The petitioner "found out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson.  His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce  or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State

of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization.

Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX.  This was previously called Agenda 21.  As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's  civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also  some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECTED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synagogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE. The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi. China has been bribing CIA employees and others for

years. There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china </ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref> https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47 VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref>  On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>

complaint was filed against [[Youtube]] for illegal edits of comments as an "IN KIND" contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS (18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> who was found **DEAD** the same day

**GEORGE FLOYD** was MURDERED in 2020. This is documented in federal court case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]] called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On 20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021
AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The
Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic
violations all based on the fruit of the poisonus tree.  This case should be moved to
FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons
from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in
Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and
incarcerate him for identifying the previous conspiracy to hide the **MURDER** of
Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.
CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was
reported as postponed.

\<ref\> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html \</ref\>
and vehicle renewal registration was **NOT** received by mail.  Since this case is proof
the **BIG LIE** is the **TRUTH** Mr. Cutler also requests that case 1:21-cv-00213 and
1:21-cv-0040 from the District of Columbia be combined with this case. The
AMERICAN RESCUE PLAN has Dylann Roof

\<ref\> https://en.wikipedia.org/wiki/Dylann_Roof \</ref\> To GET $1400 REWARD FOR KILLING
BLACK PEOPLE IN CHURCH AND ON 25MAY2017 BLACK Federal AUSA
Beranton Whisenant was MURDERED and found on Hollywood Beach Florida \<ref\>
https://en.wikipedia.org/wiki/Beranton_Whisenant \</ref\> and the FBI covered it up, this 3 years before
George Floyd MURDER. THE EQUIVALENT OF THE KKK IS WORLDWIDE.

Meghan Markle is being attacked for two reasons, one because she is half black, two

because she is half Jewish. she pointed out the media are the attackers. Jeffrey

Cutler had stated she would be a better VP for Joe Biden on air (<ref>

https://www.iheart.com/podcast/459-the-marc-scaringi-show-28240609/ </ref>, because she had no record, she

had international exposure, and she is a real princess. covid-19 is bio-warfare and

blacks die at twice the rate of white people because it works as designed. On

04MAR2021 at about 1:20 PM Jeffrey Cutler filed a 312 page ERRATTA MOTION

TO INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.

Code § 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1

& MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case 1:21-cv-00445 (U.S. DOMINION, et al. v MY

PILLOW, et al.) UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

COLUMBIA, as an INTERVENER DEFENDANT. On page 80 is screen print of

complaint of ELECTORAL FRAUD made 24DEC2020, on page 81 is the mail fraud

complaint against JOSH SHAPIRO for making FALSE certification by mail. On page

82 is a PRIVATE CRIMINAL COMPLAINT DATED JUNE 20, 2017 to JOSH

SHAPIRO. On page 83 is time stamped Order from Robert Torres (DATED

12APR2018) that REQUIRES ALL VOTING METHODS IN PA HAVE A HARD

COPY RECEIPT AVAILABLE, BY THE END OF 2019. The DROP BOXES IN PA

FAILED TO HAVE A HARD COPY RECEIPT AVAILABLE, AND THEREFORE

ALL VOTES VIA DROP BOXES ILLEGAL. RUSH LIMBAUGH died on ASH

Wednesday and the same day they tried to ERASE TRUMP from Atlantic City. On

12FEB2021 at 10:41 AM JEFFREY CUTLER filed a 321 page MOTION TO

INTERVENE, AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code

§ 1519 - Destruction, alteration, or falsification of records), 15 U.S.C. §§ 78dd-1 &

MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT in case 1:20-cv-00099 (THE STATE OF MISSOURI, et

al. v THE PEOPLES REPUBLIC OF CHINA, et al.) for engaging in Bio-Warfare in

COLLUSION with the DemoNcratic party. It contains a 193 page REPORT that

SHOWS COVID-19 is LAB DERIVED (www.DrQuay.com) and they tested it on the

SUBWAY in CHINA. Mr. Cutler claims that some of the testing kits are tainted and

are being use purposely to infect people, and that is why the infection rate is so high IN

THE UNITED STATES. Multiple Documents in Federal Court have **VANISHED**, as

well as sworn testimony and the internet lincs from the "Report and

Recommendations, SEPTA FY 2020, ANNUAL SERVICE PLAN, Eugene N.

Cipriani, Hearing Examiner".  <ref> https://www.americanfreedomlawcenter.org/press-
release/federal-judge-expert-cannot-testify-that-islamic-jew-hatred-is-false/ </ref> . On 26MAR2021

Jeffrey Cutler filed a 345 page MOTION TO INTERVENE, AND INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records), 15 U.S.C. §§ 78dd-1 & MAIL FRAUD AND TO COMBINE

CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in case

#27-CR-20-012646 STATE OF MINNESOTA v. DEREK CHAUVIN. Despite

sending this to over 400 reporters and lawyers there is not one story about what JC is

doing. This is in a effect a change in venue to Missouri and combine with case number

1:20-cv-00099 Eastern District of MO. This is the same day that in 1933, German

Leader Herman Goering spoke his point of view regarding the mistreatment of Jews.

He made a statement that the persecution of a person just because he (or she) is a Jew

will not be tolerated, and the Camp David Peace Treaty was signed. <ref>

http://www.thepeoplehistory.com/march26th.html </ref>, and six million dead jews later.

<ref> https://www.heraldopenaccess.us/openaccess/coronavirus-is-a-biological-warfare-weapon </ref>

All documents filed in all federal cases by Mr. Cutler should be included by reference.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which includes mail Fraud (18 U.S. Code § 1341), the

murder of a federal employee  (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.

**WHEREFORE,** for all the foregoing reasons, petitioner respectfully requests

 the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary

AFFIRMATION  and all votes via DROP BOXES BE STRICKEN in Pennsylvania

and the count be recalculated, and based on Marks v. Stinson Donald J. Trump be

declared the winner  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the

Presidential vote in **Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice President at the hotel previously known as the Host Farm, but has since been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania Judge Stickman wrote in the case "but even in an  emergency, the authority of government is not unfettered" in the case of County of Butler v Wolf.  This  court should also declare the entire Affordable Care Act (Obamacare) law and the executive order  signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when combined with the writ from case  **15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have  the government **CANNOT SPECIFY HOW TO PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**. The **MURDER** of a **BLACK**  man and **15** year old boy should NOT be Considered **MOOT** as per order from the Judge ECF 203 and the clerk, as well as the MURDER OF MALCOLM X and the newly discovered documents of FBI involvement <ref>

https://www.cbsnews.com/video/deathbed-letter-from-former-officer-alleges-nypd-fbi-link-to-malcolm-x-assassination/ </ref>.

The cases number   **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, **21-4001**  case number **20-5143** in the USCA  DC CIRCUIT SHOULD all be  combined , **2:21-cv-00031** Northern District of Washington, plus this case

number **1:21-cv-00445** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and

"**GOOD TROUBLE**" as  per John Lewis and stop **5171** years of persecution of

Jewish Individuals in the case of  1:20-cv-00099 UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF MISSOURI (THE STATE OF

MISSOURI, et al., JEFFREY CUTLER INTERVENOR v. THE PEOPLES

REPUBLIC OF CHINA, et al.).  Not GETTING EXPOSED IN A LIE IS NOT THE

SAME AS TELLING THE TRUTH!!! THE DEATH of ASHLI  BABBITT  WAS

THE START OF KRISTALNAHT IN the U.S. <ref>

https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>".  **YOU CAN DESTROY THE**

**EVIDENCE**, **BUT YOU CANNOT DESTROY THE TRUTH**.  At least Four

different federal courts have conspired to deny Mr. Cutler the right to Petition the

government for redress of grievances as part of the **FIRST** **AMENDMENT**, in

conjunction with the media, elected and non-elected officials . Based on payments

inside and outside the United States.  **IMPEACHING ANYONE** should demand the

**FULL ATTENTION OF THE COURTS AND THE CONSTITUTION**, and there

should be **NO SHORTCUTS** **ALLOWED**, if the chief judge of the Supreme Court

or a Judge of the Supreme court does not preside in his place then the entire activity

is **FRAUD ON THE COURT**.  The Importation of NAZI war criminals via

operation PAPER CLIP (especially Hans Kammler) is a STAIN on the United States.

Previously, Rush had reported a NBC reporter stated that signing the CLIMATE

CHANGE TREATY in the UNITED NATIONS, Hurricanes would END, this is **NEW KIND OF STUPID**.  Just because the Biden Election has not been exposed as a **LIE**, **IT IS NOT THE SAME AS TELLING THE TRUTH** (Para Phrase from 3 Days of the Condor).  YOU CAN DESTROY THE **EVIDENCE**, BUT YOU CANNOT DESTROY THE **TRUTH**.!

Respectfully submitted,

DATE:_____06APR2021_____          ____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on April 06, 2021, I filed the foregoing with the Clerk of the Court for the United States Court Appeals for the THIRD Circuit via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .

.

_____/s/ Jeffrey Cutler_____
Jeffrey Cutler


## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than # of pages allowed by ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Affirmation and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be sworn

in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be removed

from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all EXECUTIVE

ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  DOMINION VOTING SYTEMS AND THEIR SUBSIDIARIES PAY 10 TIMES THE REQUESTED AMOUNT AS A

PENALTY.

[3]  The previous verdict for B.L a Minor, et al., be upheld and affirmed plus a payment of twenty five thousand dollars.

[4]  BEND BULLETIN NEWSPAPER AND EO MEDIA  GROUP PAY 1 MILLION DOLLARS A DAY UNTIL THEY

PUBLISH THE ADVERTISEMENT SCHEDULED TO RUN ON 14FEB2021 AS A FULL PAGE ADVERTISEMENT IN

EVERY PUBLICATION THEY CONTROL.

[5]  Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per day

or as a neotiated amount.

[6]  ORDER THE PEOPLES REPUBLIC OF CHINA PAY AN AMOUNT TO COMPENSATE EVERYONE IN THE UNITED

STATES THAT WAS NOT PART OF THE PLOT AT LEAST $ 1400.00 AND $255.00 FOR EVERYONE THAT DIED.

[7]  JERRY NADLER for stating that  "**GOD'S WILL IS NOT THE CONCERN OF THIS CONGRESS**" be identified as a

SONDERKOMMANDO, along with Josh Shapiro.

[8]  ORDER JERRY NADLER AND ALL IMPEACHMENT MANAGERS PAY ONE MILLION DOLLAR A DAY PENALTY

UNTIL THEY RESIGN FOR MANUFACTURING EVIDENCE JUST LIKE EAST LAMPTER TOWNSHIP

MANUFACTURED EVIDENCE IN THE EAST LAMPRTER TOWNSHIP CASE AGAINST LISA MICHELLE LAMBERT

AFTER THE POLICE WERE RAPING HER AT GUNPOINT, AND VIOLATING THEIR OATH OF OFFICE.

[9]  ORDER THAT RUDOLPH  GULIANAI AND SYDNEY POWELL BE COMPENSATED AS APPROPRIATE FOR

SLANDER BY DOMINION, SINCE THE BIG LIE IS THE **TRUTH**.

[10] ORDER THAT  MANDATORY TESTING TO TRAVEL VIOLATES THE THE CONSTITUTION

[11] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[12] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[13] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the

voting in Pennsylvania and mailing the vote tally to CONGRESS, and ACCESSORY TO MURDER after the fact.

[14] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[15] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[16] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[17] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[18] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel,Judge Ashcroft, and Judge Catherine Blake, Judge Chad Kenney pay twice their daily salary each day to the innosense project , until they resign.

[19] Order the Peoples Republic of China as **DEFAULTED** for violating United States Mail Fraud laws by reading the document and then trying to claim it was refused 1 week later.

[20] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[21] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[22] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[23] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[24] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[25] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[26] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[27] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[28] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[29] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[30] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[31] Other remedies the court deems appropriate.

[32] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[33] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[34] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[35] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[36] Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[37] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[38] Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York, case 1:21-cv-00213, CI-20-01310,CI-20-08-039 from Lancaster court of Common Pleas, and 1:12-cv-00401,1:21-cv-00440, 1:21-cv-00445,1:21-cv-00586 from the District of Columbia, 2:21-cv-00031 Western District of Washington, 1:20-cv-00099 Eastern District of Missouri, and TRAFFIC CITATION C6598201-1 and all other related cases Mr. Cutler has identified previously and this case.

[39] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-

12.

[40] Order that case CI-20-08-039 VIOLATED Kelo v. City of New London for the property at 511Avenue N and Mr. William McMicheal be compensated at least by the same amount paid to the estate of Vera Cooking at auction.

[41] Order that the American Rescue Plan Act of 2021 be declared **UNCONSTITUTIONAL** since it EXPRESSLY signals out aid to FARMERS that are **BLACK** and all funds sent be recovered from the People's Republic of China as a **PENALTY**.

[42] Order the **FEDERAL QUESTIONAIRE** for purchasing a **FIREARM** be altered to ask if the individual intends to use the firearm to **MURDER** people and have copy sent to the ATF so they can be charged with **MAIL FRAUD**, as well as perjury.

[43] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[44] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[45] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[46] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[47] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[48] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[49] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[50] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[51] Order CITIBANK pay one million dollars plus three times the amount  they allowed to be stolen via mail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud,with their surrogates such as **Midland Credit Management** of San Diego, CA.  Starting on 01APR2021 the penalty be increased to **one million dollars** per day for continued violations of the fair credit and reporting act.

[52] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.

[53] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[54] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[55] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[56]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[57] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL IN THE COMMONWEALTH OF PENNSYLVANIA SHOULD BE DENIED because it should be an injunction pending Appeal.

[58] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[59] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[60] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[61] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[62] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[63] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[64] Order the heirs to the estate of Micheal Rosenblum be compensated at a minimum of  $250,000 and at least 1% be paid by officers of the Baldwin Pennsylvania Police Department.

[65] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[66] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr.

Cutler.

[67] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment of at least 10% of their NET WORTH.

[68] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[69] SEPTA needs a temporary route 377 (it means minus 1 in octal) to make up for the closure of the Market-Franford station at Sommerset. It would go from Huntington to Allegheny stations with free 1 hour pass for the Market Frankford line EL, to compensate residents for the poor job SEPTA and Leslie Richards have been doing. Mr. Cutler has previously testfied about a vision for SEPTA in the future.

[70] Leslie Ricards should pay for the Driver salary for Route 377 from her compensation.

[71] Have the deaths of George Segal and Robin Williams be investigated to see if they were related to BAD ACTORS in the FEDRAL GOVERNMENT.

[72] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[73] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[74] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[75] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[76] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[77] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[78] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[79] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[80] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[81] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[82] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref>

https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[83]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[84]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[85]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[86]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[87] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[88] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[89] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[90] ALL PENALTIES THAT THE IRS HAS LEVIED AGAINST MARILYN CUTLER SHOULD BE VACATED because OF MAIL FRAUD.

[91] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[92] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[93] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[94] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their

net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[95] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref> AS WELL AS STATING 6 MILLION WAS NOT ENOUGH.

[96] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[97] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[98] Order all charges against Donld Trump and associates be vacated for violating FRUIT OF THE PISONOUS TREE.

[99] Order Jonathan Carl pay an amount of 1,000,000 or face aiding and abetting charges with concealing the Bio-Warfare attack on the United States, and providing Aid and Comfort to the Enemy.

[100]   Order all federal employees of the courts, that violated the law, especially the clerks pay 10% of their pensions for providing Aid and Comfort to the Enemy and violating their oaths of office

[101]   Order the case be remanded to Missouri as part of case 1:20-cv-00099 with the Peoples Republic of China

[102]   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____            _____

                                    BY THE COURT

# ADDENDUM

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 8, 2021

Clerk
United States Court of Appeals for the Third Circuit

601 Market Street, Room 21400
Philadelphia, PA 19106

      Re:   Mahanoy Area School District
            v. B. L., a Minor, By and Through Her Father, Lawrence Levy
            and Her Mother, Betty Lou Levy
            No. 20-255
            (Your No. 19-1842)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is granted.

      Sincerely,

      **Scott S. Harris**, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. <u>20-1805</u>

Jeffrey Cutler v. Speaker of the House of Repres, et al

(District Court/Agency No.: 5-19-cv-00834)

## O R D E R

No action may be taken on the motion to reopen at this time. A motion to reopen cannot be processed until either the docketing and filing fees have been paid to the District Court or a properly executed motion for leave to proceed in forma pauperis filed.

The above deficiencies must be corrected on or before **04/15/2021**. If the deficiencies are corrected within the time stated, the motion to reopen will be submitted to a panel of the Court.

For the Court,


<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:   April 1, 2021
JK/cc:  Jeffrey Cutler,
All Counsel of Record

CM ECF   Case Search   Calendar   Opinions   Orders/Judgments   Briefs   XML   TXT          Logout   Help

If you view the  Full Docket  you will be charged for 5 Pages $0.50

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| Court of Appeals Docket #: 20-1805 | Docketed: 04/21/2020 |
| Nature of Suit: 2440 Other Civil Rights | Termed: 03/10/2021 |
| Jeffrey Cutler v. Speaker of the House of Repres, et al | |
| Appeal From: United States District Court for the Eastern District of Pennsylvania | |
| Fee Status: Due | |

**Case Type Information:**
 1) civil
 2) United States as party
 3) civil rights

**Originating Court Information:**
 District: 0313-2 : 5-19-cv-00834
 Trial Judge: Jeffrey L. Schmehl, U.S. District Judge
 Date Filed: 02/26/2019

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 03/04/2020 | 03/04/2020 | 04/14/2020 |

| | | |
|---|---|---|
| 07/10/2020 | 45 | ECF FILER: LETTER on behalf of Appellee Fulton Bank. Appellee Fulton Bank will adopt the Appellee Fulton Bank requests to join in Appellee Verizon Pennsylvania, LLC's Motion for Summary Affirmance on behalf of Appellee Verizon. Certificate of Service dated 07/10/2020.Service made by ECF, US mail. This document will be SENT TO THE MERITS PANEL if/when applicable. [20-1805] (JAT) [Entered: 07/10/2020 04:16 PM] |
| 07/14/2020 | 46 | ECF FILER: Response filed by Appellee Verizon to motion. Certificate of Service dated 07/14/2020. [20-1805] (BLC) [Entered: 07/14/2020 01:00 PM] |
| 07/16/2020 | 47 | ECF FILER: LETTER on behalf of Appellee State Farm Insurance. Appellee State Farm Insurance will adopt the Verizon Pennsylvania LLC's July 14, 2020 response to Appellant's petition for summary affirmation, pursuant to Federal Rule of Appellate Procedure 28(i) on behalf of Appellee Verizon. Certificate of Service dated 07/16/2020.Service made by ECF, US mail. This document will be SENT TO THE MERITS PANEL if/when applicable. [20-1805] (SEC) [Entered: 07/16/2020 02:47 PM] |
| 07/16/2020 | 48 | ECF FILER: Reply by Appellee Fulton Bank to motion. Certificate of Service dated 07/16/2020. Service made by ECF, US mail [20-1805] (JAT) [Entered: 07/16/2020 03:52 PM] |
| 07/16/2020 | 49 | RESPONSE on behalf of Appellant Jeffrey Cutler to Letters to the Clerk of ECF 35, 37, 38, 40,44, 45 and 46 in Support of Summary Affirmation Because of Obstruction of Justice and Conspiracy to Commit Mail Fraud. Certificate of Service dated 07/16/2020. Service made by ECF, US mail. (JK) [Entered: 07/17/2020 06:26 PM] |
| 07/21/2020 | 50 | ECF FILER: Motion filed by Appellee Haverford Township Police Department to summarily affirm. Certificate of Service dated 07/21/2020. Service made by ECF. [20-1805] (RPD) [Entered: 07/21/2020 06:36 PM] |
| 07/27/2020 | 51 | EXTENDED RESPONSE on behalf of Appellant Jeffrey Cutler to ECF 35, 37, 38, 40, 41, 43, 44, 45, 46, 48 & 50 in Support of Summary Affirmation Because of Obstruction of Justice and Conspiracy to Commit Mail Fraud and Other Crimes. (JK) [Entered: 08/05/2020 11:42 AM] |
| 03/10/2021 | 52 | ORDER (Clerk) dismissing case, pursuant to F.R.A.P. 3(a) and LAR 3.3 and Misc. 107.1(a), for failure to pay the filing fee for the notice of appeal. Case terminated on 03/10/2021. (JK) [Entered: 03/10/2021 03:28 PM] |
| 03/17/2021 | 53 | PETITION filed by Appellant Jeffrey Cutler for En Banc Hearing Beacause of Crimes (18 U.S. Code Section 1519 - Destruction, alteration or falsification of records), 15 U.S.C. Section 78dd-1, Mail Fraud, Equal Protection and to Combine Cases for Judicial Efficiency and Summary Affirmation, also construed as a Motion to Reopen . Certificate of Service dated 03/17/2021. (JK) [Entered: 04/01/2021 03:43 PM] |
| 04/01/2021 | 54 | NONCOMPLIANCE Order sent to Appellant Jeffrey Cutler requesting either payment of the filing fee or a Motion to Proceed In Forma Pauperis. Compliance due 04/15/2021. (JK) [Entered: 04/01/2021 03:48 PM] |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| Third Circuit - 04/06/2021 06:24:06 | | | |
| PACER Login: | jk6550 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 20-1805 |
| Billable Pages: | 1 | Cost: | 0.10 |



JOSH SHAPIRO
ATTORNEY GENERAL

Home > Contact Us

## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us.  Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Name *
JEFFREY          CUTLER
First            Last

Email *
ellaxcollector@gmail.com    ellaxcollector@gmail.com
Enter Email                 Confirm Email

Phone Number
(717) 854-4718

Questions Concerning *
Complaint Against OAG Emp

Questions *

PAGE 9 OF THE LINK BELOW IS TIME STAMPED PROOF OF ELECTORAL FRAUD, ORIGINALLY FILED IN FEDERAL COURT 20DC72020 PAGE 160 OF CASE 20-2930!!<ref> https://www.courtlistener.com/recap/gov.uscourts.paed.127057 /gov.uscourts.paed.127057.181.0.pdf <href> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT HAD TO BE AVAILABLE FOR ALL VOTING METHODS, ALL VOTES VIA DROP BOXES ILLEGAL AND COVERED UP BY FEDERAL COURT CLERKS, JUDGES, MEDIA COVID-1915 <ref>https://en.wikipedia.org /wiki/Biological_warfare <ref> NOTE CHINA GONE FROM LISTS THE TESTING KITS ARE TAINTED AND HELPING TO INFECT PEOPLE AROUND THE WORLD <ref>https://www.govinfo.gov /content/pkg/CHRG-110hrhg53183/html/CHRG-110hrhg53183.htm <href><ref> https://www.nytimes.com /2000/03/06/health/dishquirin.html <href><ref> https://www.latimes.com/archives/la-xpm-2008-mar-30-na-fda30-storyhtml <href><ref> https://en.wikipedia.org /wiki/2007_pet_food_recalls <href><ref>https://www.latimes.com /business/story/2019-09-18/carcinogen-scare-tainted-zantac<href> DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19 <ref>https://www.futuremedicine.com /doi/10.2217/fca-2020-0082<href>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref>https://www.diabetes.org/diabetes /medication-management/flu-and-pneumonia-shots<href>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK.  On 21DEC2020 Jeffrey Cutler filed a167 page AMENDED PETITION FOR REHEARING EMBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION in USCA case 20-1422 at 2:38 PM.  The PREVIOUS document from 14DEC2020 that Jeffrey Cutler filed a118 page PETITION FOR REHEARING EMBANC and INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION never made it to the docket.  On 23DEC2020 Jeffrey Cutler called the CLERK at the USCA and complained the document Is not on the DOCKET the CLERK HUNG UP THE PHONE!!  On page 117 is a copy of the letter sent to Josh Shapiro on 20JUN2017.  On page 122 Is a Mail Fraud Complaint against Josh Shapiro.  On page 121 is Josh's Press Release on DACA,  Mr. Shapiro is called a Sonnderdammanndo twice in the petition of 21DEC2020. <ref> https://en.wikipedia.org/wiki/Samuel_Wilkenberg <href>

Are you a robot?

☐ I'm not a robot    reCAPTCHA

Submit

## Contact Resources

Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

Main Office Line:
717-787-3391

Press Office:
717-787-5211

Helplines:
Child Predator –
800-385-1044

Drugs Tip Line –
800-442-8006

Senior Protection –
866-623-2137

Consumer Protection:
800-441-2555

Public Engagement –
800-525-7642

Health Care –
877-888-4877

Do Not Call –
888-777-3406

Military and Veterans Affairs –
717-783-1944

Home Improvement Consumer –
888-520-6680

Home Improvement Contractor –
717-772-2425

CHIPA/Regulatory Compliance –
215-937-1375

---

JOSH SHAPIRO
ATTORNEY GENERAL

Home > Contact Us

## Contact Us

If you can not find the answers you are looking for in our Commonly Asked Question, please use the form below to reach out to us.  Select a topic that best describes your question from the drop-down box, click the "Submit" button to forward your question/request to the appropriate contact.

For Right-to-Know requests, click here.

Thank you for contacting the Office of Attorney General. Your information is being reviewed.  SUBMITTED 24DEC2020 07:50 AM

## Contact Resources

Event requests for the Attorney General

16th Floor, Strawberry Square
Harrisburg, PA 17120

☎ 717-787-3391

Regional Offices

Fax:
717-787-8242

# Report and Recommendation

# SEPTA FY 2020
# ANNUAL SERVICE PLAN

Eugene N. Cipriani
Hearing Examiner
June 10, 2019

Community Benefit Score with backbone mapping will prevent the implementation of duplicative services and affects a more efficient use of resources. To be considered a candidate for implementation, route proposals should increase access to opportunities for SEPTA customers.

SEPTA is proposing to adopt a **Route Directness Formula** to evaluate route deviations and patterns. This calculation, which determines the impact that a pattern or deviation has on through-riding customers, is adapted from similar formulas used by other transit agencies, including King County Metro in Seattle, Washington and the Regional Transportation District in Denver, Colorado.

The Route Directness Formula quantifies the impact on through-riding customers by multiplying the number of riders traveling through a pattern or deviation by the amount of time, in minutes, that deviation takes. It divides that number by the number of boards and alights along the pattern or deviation to determine the number of passenger minutes that deviation or pattern costs. Service Planning recommends adopting a threshold of eight passenger minutes for a deviation or pattern to be recommended for implementation. Existing deviations or patterns that do not meet the eight minute threshold will be identified as candidates for possible intervention.

To clarify how this calculation works, this is an example of a deviation implemented on Route 52 a decade ago to Park West Town Center. Based on recent ridership weekday passenger counts, there are approximately 3,100 passengers travelling through this deviation on a daily basis. The deviation to the shopping center takes two minutes. There are 1,000 boards and alights within the deviation. This results in the deviation counting for 6.2 passenger minutes, which would be under SEPTA's threshold and therefore an acceptable deviation.

The final recommended change is an expansion of the Service Development enterprises. The updated process will include an additional round of public outreach focused on major transit centers or other appropriate venues. This outreach will include surveys and educational materials and provide customers with the opportunity to interact with SEPTA Service Planning staff. The location of these events will rotate annually. In addition to a greater focus on public outreach, the new Service Development Process will formalize the participation of other SEPTA departments and external partners.

Information about the revisions to SEPTA's Service Standards and Process are on www.septa.org/service-standards.

## Public Testimony

### Philadelphia, PA Hearings – Noon, May 29, 2019

Fourteen (14) members of the public entered appearance forms and six (6) spoke at the hearings and had questions which were answered by SEPTA representatives. In addition, there were four (4) e-mails submitted by the public to the Hearing Examiner.

Jeffrey Cutler, a former tax collector within Pennsylvania, was first to testify. He copyrighted a moneyraising proposal called "Leftipood" as a way to provide almost unlimited free money for SEPTA, school systems, and other organizations by having people pay extra tax – by contract – instead of the State tax and get back everything else as tax-free municipal interest. He asserted it as a way to "generate billions of dollars for free with no liability". N.T. 21. With this money, SEPTA could submerge the entire

Market-Frankford Elevated system with tunnels from 69th Street to 42nd Street and in Kensington. Also, this money could fund a trackless trolley that could go on trolley tracks. He further described this vehicle as "a bus that could be a trackless trolley" – saving SEPTA "significant amounts of money". N.T. 23.

Brandon McBride spoke next. He wanted to discuss the Route 40 and the recovery location. He was informed that the recovery location preferred was closer to the waterfront but, because SEPTA could not get permission to go to Front Street, the recovery location is on 2nd Street. N.T. 23-26. Mr. McBride was assured that SEPTA is always open to suggestions. N.T. 26.

Douglas Diehl, President and Founder of the Tri-State Transit Center, a Historical and Transit Advocacy Group for the Philadelphia Metropolitan area and Facebook Administrator on the Metropolitan Philadelphia Transit Scene Facebook, came next. He asked that the words "frequent service route" be replaced with the words "frequent service corridor" because SEPTA has corridors where bus routes do not meet the frequent service standards of running every 15 minutes, but combined with other routes, that corridor meets the standards. N.T. 27. He cited the example of the buses running on West Chester Pike – the Routes 104, 112, 123, 126 and 120. Putting those routes together, that meets a frequent service corridor standard for every 10 minutes between 69th Street and Monoa. N.T. 27-28. Further, if you "tweeked the Route 112 to leave [69th Street Transportation Center] at 20 [past the hour] and 50 [past the hour], then you will have 15-minute frequency all day long from 69th Street out to Broomall and meet qualifications for a frequent service corridor. N.T. 28.

The Media/Sharon Hill (trolley) already meets the frequent service corridor standards between 69th Street and Drexel Hill Junction.

SEPTA could still use the word "route", like Route 47 corridor, Route 52 corridor. N.T. 28.

Mr. Diehl also proposed a change in "frequent service" which would be "every 10 minutes or less within the City limits" and 15 minutes for suburban bus routes. N.T. 29.

Mr. Diehl asked for improvements in the Route 120 service and not to implement a summer schedule. He suggests major development with a new hotel at Lawrence Road and a new Giant [supermarket] will result in additional riders, especially for workers. He suggests that the Route 126 be put back on the old Route 112 routing so the hotel, the Giant and the medical center [Broomall Keystone Mercy – the Keystone Crozer Medical Building in Broomall, PA], hereinafter "Crozer Keystone", be served by a bus route. N.T. 29-31. The SEPTA staff addressed Mr. Diehl's concerns about the West Chester Pike summer schedule and that a brochure will be prepared to reflect service on West Chester Pike. Further, ridership to Crozer Keystone has been "very poor" and SEPTA met with Crozer Keystone management to ask them to do some additional marketing with their client base. Also, SEPTA is working with the Delaware County TMA [Transportation Management Association] which is planning on doing some outreach events at Crozer Keystone. Until SEPTA can see additional ridership generated out of those efforts, from a fiscal standpoint, it is difficult for SEPTA to look at adding additional service. N.T. 31-33.

Finally, the developer of the new shopping center will be connecting on the other side of the Blue Route and there are issues with access into that property. SEPTA cannot inconvenience through riders on West Chester Pike by going into the shopping center. So, SEPTA is looking to see if there is a way to have access from West Chester Pike in a safe manner. Marple Township and Haverford Township need to address pedestrian access in the whole area because at the current time, it is very poor. Also, you cannot get into the new shopping center and Crozer Keystone from one direction because of the way the road

On a route crossing such as Roosevelt Boulevard, it makes sense to have a near stop and a far stop but, in general, stops should be near side. He specifically opined that the Route 126 does not make a far side Eagle Road stop on West Chester Pike because of the shopping center and then goes a block to make a left hand turn on to Glendale Road. He suggests that SEPTA bus operators can get across two lanes of traffic to make this maneuver. N.T. 48.

Quality of Service was next addressed. The span of service should not be from the start of the morning to the end of the night since Philadelphia is a major city. N.T. 48-49.

Service is not operated on certain routes on Saturdays and Sundays and it appears this is because "that's the way we've always done it". N.T. 49.

Frequency of Service should be 30 minutes—the maximum wait for a vehicle. Perhaps 60 minutes in the suburbs but nothing beyond that. Headways of 35 minutes "are rather silly". N.T. 49.

Load Factors is a concern. You should not be having people stand on the vehicle, especially for long periods of time, off peak. It's acceptable for peak hours, for short times. N.T. 50.

[Federal Transit Administration] [Title VI requirements were next discussed. SEPTA should have a listing of minority low income routes. N.T. 50.

Mr. Achtert wanted to know why a public hearing is not required for limited service routes and asked for the definition of "limited service routes". He suggested that the Route 91, which takes individuals from the Norristown Transportation Center to Graterford Prison – three trips a week – is an example of a very limited service route. N.T. 50-51.

Mr. Achtert asked that fare kiosks for the Key System be at all loops in addition to the rail stations and high speed stations. N.T. 51.

Regarding the Automatic Passenger Count, Mr. Achtert wanted to know how SEPTA counts passengers who have ridden the vehicles on overcrowded routes. He fears such counts on overcrowded routes may be unreliable. N.T. 51-52.

"Owl" routes (all night service) were the next focus. He observed that Route 73 is an Owl route. It is way down on performance standards with a 24% operating ratio, carrying 2,227 passengers on a daily basis. Twenty-nine (29) routes on the list here at least an equal operating ratio. But they do not have Owl service. He called for the restoration of additional Owl service on other routes. N.T. 52-53.

Finally, Mr. Achtert did not see the Norristown High Speed Line, the Market-Frankford Elevated or the Broad Street Subway on the Route Performance Evaluation Report. He was informed that the Norristown High Speed Line is on page 17 of that report. N.T. 54-55.

Jeffrey Cutler came back to the podium. He opined that "this all comes down to money and essentially service has been cut because of money". N.T. 56.

Mr. Cutler asked SEPTA to provide a means where text messages could be sent to find out where the next bus or transit system vehicle is going to be and he was informed by the SEPTA staff of the SEPTA "app" (for "smart phones") giving that same information. N.T. 56-57; 58.

Mr. Cutler closed by saying that SEPTA does not have the ability to experiment because, without extra money, it has to micromanage every marketing decision. N.T. 57.

Those who entered appearance forms at the Nixon Philadelphia hearing but who did not testify include Charles Krueger, Patricia Ellis DiNatale, Office of Transportation, Infrastructure and Sustainability (oTIS) of the City of Philadelphia, and Lee Wall, SEPTA Citizens Advisory Committee.

Philadelphia, PA Hearing – 5:00 P.M., May 29, 2019

No one from the public chose to testify. Only Thomas Hastings from the Delaware County Planning Department entered his appearance form.

## Route Performance Analysis

As a part of the Annual Service Plan, a detailed analysis of all routes is performed to determine various operating characteristics. The following routes fall below the acceptable operating ratio levels and will be considered for future modifications in an attempt to raise their operating ratios.

City Transit Division
[Routes at or below 18%]

| Route | Operating Ratio |
| --- | --- |
| 38 | 17% |
| 89 | 17% |
| 1 | 17% |
| 61 | 17% |
| 80 | 16% |
| Boulevard Direct | 16% |
| 62 | 13% |

[Routes with suburban characteristics below 16%]

| Route | Operating Ratio |
| --- | --- |
| 27 | 15% |
| 35 | 13% |



Case 2:21-cv-01609-CDJ   Document 3   Filed 04/15/21   Page 133 of 136
Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 9 of 81

Case: 20-2936   Document: 29   Page: 169   Date Filed: 10/20/2020

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA –** Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announ the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

'We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency.' Torres said  'The federal assistance could not come at a more opportune moment.'

Pennsylvania's allocation of $13.5 million comes from Congress' recent <u>appropriation of $380 million for election security</u> 🔗 under the Omnibus Appropriations Act of 2018  The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase voti systems that meet the department's certification requirements.

'We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems.' Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the F Show complex  The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines  Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018.  Information regarding the <u>examination and certification process</u> (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime  Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:**  Wanda Murren, 717-783-1621

please forward this about pelosi

**People for life and freedom**
to People ▾

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED



**Nancy Pelosi**
**Speaker of the House**

**August 27, 2020**

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204

Dear Mr. Wheeler:

I have seen your response to the riots in your city and I am
urging you to stick to the proven Democratic Play book.
I would like to review this with you now.
1: Deny there is a Problem, (Press will support this)
2: Refer to everything as peaceful and calm, (Press will help here also)
3: When all hell breaks loose, go on camera and show your support
for anybody breaking the law. (Press will praise you for this,
you will be a new hero, trust me).
4: When you can no longer keep any order "BLAME TRUMP!"
( I cannot over emphasize #4, This has worked every time we have
used it and again the Press has told me they will support and
fact check any claim we make!! THIS IS POLITICAL GOLD!!)
5: Go on Television and Condemn TRUMP and refuse any assistance!
We CANNOT give TRUMP any victory before the election!!!!

best wishes,

Nancy Pelosi

NANCY PELOSI
Speaker of the House

Case: 5:19-cv-00834-JLS   Document 120   Filed 02/25/20   Page 20 of 22
Case: 5:19-cv-00834-JLS   Document 119   Filed 02/20/20   Page 53 of 72
Case: 19-10011   Document: 00515256264   Page: 120   Date Filed: 02/04/2020
Case: 19-10011   Document: 00515289904   Page: 58   Date Filed: 01/29/2020

Case 4:18-cv-00167-O   Document 274   Filed 01/16/20   Page 46 of 49   PageID 3738



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

**File a Report: Mail Fraud**

**Your Information**

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY    * Last Name: CUTLER |
| * Address: | 7338 WOODCREST AVENUE |
| * City: | PHILADELPHIA |
| * State: | Pennsylvania |
| * ZIP Code: | 19151 |
| * Country: | UNITED STATES |
| Cell Phone: | (717) 854-4718    Work Phone: (215) 872-5716 |
| Home Phone: | (215) 477-0543    Fax: |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | 65 or older |

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | CITY OF PHILADELPHIA |
| First Name: | JIM    Last Name: KENNY |
| Address: | 1400 John F Kennedy Blvd |
| City: | PHILADELPHIA |
| State: | Pennsylvania |
| ZIP Code: | 19107 |
| Country: | UNITED STATES |
| Cell Phone: | Work Phone: (215) 686-6442 |
| Home Phone: | (215) 686-2181    Fax: |
| Email Address: | james.kenney@phila.gov |
| Website Address: | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 12/03/2019 |
| Do you have the envelope it was mailed in? | ⊙Yes ○No |
| Does the envelope have a permit number? | ⊙Yes ○No |
| Permit Number: | #174 |
| Permit City: | PHILADELPHIA |
| Permit State: | Pennsylvania |
| Does the envelope have a postage meter number? | ○Yes ○No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | US Mail |
| Response Mailed to a Different Address: | ○Yes ○No |
| Do you have a mailing receipt (Certified, Insured or Express Mail)? | ○Yes ○No |
| What did you receive? max size 250 characters | MAILED TAX BILL ON 26FEB2020...ON 27FEB2020 MAYOR KENNY ANNOUNCED HE WOULD ALLOW A SAFE INJECTION SITE IN SOUTH PHILADELPHIA |
| How did it differ from what you expected? max size 250 characters | THIS ACTION BY SAFEHOUSE NON-PROFIT DIRECTLY EFFECTS TAX VALUES FOR PROPERTIES AND IS A FRAUD BY THE CITY SINCE TAX BILLS ARE ESSENTIALY DUE ON 28FEB2020 |
| How much did the company ask you to pay ($)? | 1,245.84 |
| Do you have the item? | ⊙Yes ○No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ⊙Yes ○No |
| Date Last Contacted Company or Person: | 02/25/2020 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ⊙Yes ○No |
| Payment Type: | Check |
| Payment Amount($): | 1,245.84 |
| Payment Date: | 02/25/2020 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | False Bill or Notice |
| Scheme Type: | Taxes |

**Additional Information**

max size 1000 characters

ON 26FEB2020 SAFEHOUSE PA ANNOUNCED IT IS PUTTING A MONITORED INJECTION SITE IN SOUTH PHILADELPHIA. THIS IS TO LOWER THE TAX PROPERTY VALUES IN THE AREA AND POSE A RISK TO RESIDENTS AND CHILDREN. THE CITY PREVIOUSLY ALLOWED HAHNEMANN HOSPITAL TO CLOSE AND DESPITE MR. CUTLER FILING 4 DOCUMENTS IN THE BANKRUPTCY COURT IN DE, THAT WERE DISCARDED INCLUDING UNJUST ENRICHMENT. A RECENT STORY IN THE PHILADELPHIA INQUIRER DESCRIBED A PLAN THAT ALLOWED 800 PROPERTIES PURCHASED FOR 800 DOLLARS YIELD OVER 50 MILLION DOLLARS WHEN RESOLD!!! <ref> https://www.inquirer.com/news/phily-dollar-vacant-land-propely-council-blackwell-kenyatta-20200219.html </ref> FEDERAL LAWSUIT 5:19-cv-00834. Estimate At Least 100,000 counts of mail fraud



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE
U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.    **27FEB2020 1:00 PM**
Thank you for completing the form.    **10MAR2020, 5:01 AM C#1930430**
The information you provided will be entered into our national complaint system.