IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.**<br><br>and<br><br>**PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA**<br><br>and<br><br>**THE 1492 SOCIETY**<br><br>and<br><br>**JODY DELLA BARBA**<br>             *Plaintiffs*,<br><br>v.<br><br>**CITY OF PHILADELPHIA**<br><br>and<br><br>**MAYOR JAMES F. KENNEY**<br>             *Defendants*. | Case No. 2:21-cv-01609 |

## ORDER

**AND NOW**, this ___ day of _____, 2021, upon consideration of the Plaintiffs' Motion to Strike Petition to Intervene, and any response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion to Strike Petition to Intervene is **GRANTED**.

**IT IS HEREBY ORDERED AND DECREED** that Jeffrey Cutler's Petition to Intervene is stricken with prejudice. The Clerk of Court is **DIRECTED** to bar Jeffrey Cutler from filing any further in this matter.

BY THE COURT:

_____
Honorable C. Darnell Jones, II
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.** : <br> : <br> and : <br> : <br> **PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA** : <br> : <br> and : <br> : <br> **THE 1492 SOCIETY** : <br> : <br> and : <br> : <br> **JODY DELLA BARBA** : <br> *Plaintiffs*, : <br> : <br> v. : <br> : <br> **CITY OF PHILADELPHIA** : <br> : <br> and : <br> : <br> **MAYOR JAMES F. KENNEY** : <br> : <br> *Defendants*. : | Case No. 2:21-cv-01609 |

## MOTION TO STRIKE PETITION TO INTERVENE

Plaintiffs, The Conference of Presidents of Major Italian American Organizations, Inc., Councilmember Mark F. Squilla, The 1492 Society and Jody Della Barba, by and through undersigned counsel, bring this Motion to Strike Petition to Intervene and aver as follows:

1. Jeffrey Cutler has filed a Petition to Intervene in the above-captioned matter.

2. Federal Rule of Civil Procedure 24(a) provides "[o]n timely motion, the court must permit anyone to intervene who: . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter

impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."

3. Federal Rule of Civil Procedure 24(b) provides "[o]n timely motion, the court may permit anyone to intervene who: . . . has a claim or defense that shares with the main action a common question of law or fact."

4. Jeffrey Cutler has filed a Petition to Intervene that has no relevance or bearing on the instant action.

5. Jeffrey Cutler does not have standing to intervene in this action and he fails to articulate any coherent basis for the filing. His Petition is frivolous.

6. The Court should strike Jeffrey Cutler's Petition to Intervene and instruct the Clerk of Court to bar him from filing any further in the case.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court strike Jeffrey Cutler's Petition to Intervene and instruct the Clerk of Court to bar him from filing any further in this case.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: April 16, 2021          By:   */s/ George Bochetto*
_____
George Bochetto
PA Attorney ID No. 27783
1524 Locust Street
Philadelphia, PA 19102
Telephone: (215) 735-3900
gbochetto@bochettoandlentz.com

*Attorney for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.** and **PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA** and **THE 1492 SOCIETY** and **JODY DELLA BARBA**<br>            *Plaintiffs*,<br><br>v.<br><br>**CITY OF PHILADELPHIA** and **MAYOR JAMES F. KENNEY**<br>            *Defendants*. | Case No. 2:21-cv-01609 |

## CERTIFICATE OF SERVICE

I, George Bochetto, Esquire, hereby certify that a true and correct copy of the foregoing Motion to Strike Petition to Intervene was forwarded on this 16th day of April, 2021 via electronic mail to the following:

Jeff Cutler
**eltaxcollector@gmail.com**

Joshua Feissner
Divisional Deputy City Solicitor
City of Philadelphia Law Department
City_Closure_Complaints@Phila.gov

|  |  |
|---|---|
|  | **BOCHETTO & LENTZ, P.C.** |
|  | */s/ George Bochetto* |
| Dated: April 16, 2021    By: | _____ |
|  | George Bochetto |
|  | PA Attorney ID No. 27783 |
|  | 1524 Locust Street |
|  | Philadelphia, PA 19102 |
|  | Telephone: (215) 735-3900 |
|  | gbochetto@bochettoandlentz.com |
|  | *Attorney for Plaintiffs* |

2