IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.** and **PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA** and **THE 1492 SOCIETY** and **JODY DELLA BARBA** *Plaintiffs*, v. **CITY OF PHILADELPHIA** and **MAYOR JAMES F. KENNEY** *Defendants*. | Case No. 2:21-cv-01609 |

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO THE MOTION TO INTERVENE**

Plaintiffs, Conference of Presidents of Major Italian American Organizations, Inc., Philadelphia City Councilmember Mark F. Squilla, The 1492 Society, and Jody Della Barba (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit this statement of non-opposition to the motion to intervene of movants Grand Lodge of Pennsylvania, Sons and Daughters of Italy ("Plaintiff-Intervenor").

Plaintiffs do not oppose the Plaintiff-Intervenor's Motion, and in fact, support its participation in this important civil rights matter.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: April 27, 2021          By:   */s/ George Bochetto*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George Bochetto
　　　　　　　　　　　　　　　　　　PA Attorney ID No. 27783
　　　　　　　　　　　　　　　　　　1524 Locust Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　Telephone: (215) 735-3900
　　　　　　　　　　　　　　　　　　gbochetto@bochettoandlentz.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, George Bochetto, Esquire hereby certify that a true and correct copy of the within Plaintiffs' Statement Of Non-Opposition To The Motion To Intervene via ECF notification on this 27th day of April, 2021 to the following:

Benjamin H. Field
Lydia M. Furst
Meghan E. Claiborne
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA  19102
Benjamin.field@phila.gov
Lydia.furst@phila.gov
Meghan.claiborne@phila.gov

Francis Recchuiti, Esquire
Vangrossi & Recchuiti
319 Swede Street
Norristown, PA  19401-4801
Judy.zona@verizon.net

**BOCHETTO & LENTZ, P.C.**

By:    */s/  George Bochetto*
        George Bochetto, Esquire

3