## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC., *et al.*, *Plaintiffs*, | : : : : : | |
| v. | : : | CIVIL ACTION NO.: 21-1609 |
| CITY OF PHILADELPHIA, *et al.*, *Defendants*. | : : | |

### ORDER

**AND NOW**, this 27th day of April, 2021 upon consideration of the Grand Lodge of Pennsylvania, Sons and Daughters of Italy's Motion to Intervene (ECF No. 10) and Fed. R. Civ. P. 24(b)(1)(B), it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.