## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC., *et al.*, | : : : | |
| *Plaintiffs*, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO.: 21-1609** |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 27th day of April, 2021 upon consideration of Defendants' unopposed request for an extension of time to submit a response to Plaintiffs' Complaint, it is hereby **ORDERED** that said request is **GRANTED**.  Defendants shall file a response **on or before Wednesday, May 12, 2021**.

BY THE COURT:

*/s/ C. Darnell Jones, II*

C. Darnell Jones, II    J.