# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.**, *et al.*, *Plaintiffs*, | : : : : : : : : : : | **CIVIL ACTION NO.: 21-1609** |
| v. | | |
| **CITY OF PHILADELPHIA**, *et al.*, *Defendants.* | | |

## ORDER

**AND NOW**, this 12th day of January, 2022, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 17 & 18) and Fed. R. Civ. P. 24(b)(1)(B), it is hereby **ORDERED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that Counts I-III of Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE**, and Counts IV-VII are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.