IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.** | : : : : | Case No. 2:21-cv-01609 |
| and | : : | |
| **PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA** | : : : : | |
| and | : : | |
| **THE 1492 SOCIETY** | : : | |
| and | : : | |
| **JODY DELLA BARBA**  *Plaintiffs*, | : : : : | |
| v. | : : | |
| **CITY OF PHILADELPHIA** | : : | |
| and | : : | |
| **MAYOR JAMES F. KENNEY** | : : : | |
|  *Defendants*. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Conference of Presidents of Major Italian American Organizations, Inc., Philadelphia City Councilmember Mark F. Squilla, The 1492 Society, and Jody Della Barba, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated January 12, 2022 (enclosed as Exhibit "A") dismissing Plaintiffs' federal claims with prejudice and their state claims without prejudice.

1

2

                              Respectfully Submitted,

                              **BOCHETTO & LENTZ, P.C.**

Date:  1/18/2022

                     By:    */s/ George Bochetto, Esquire*
                                George Bochetto, Esquire
                                *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONFERENCE OF PRESIDENTS OF MAJOR ITALIAN AMERICAN ORGANIZATIONS, INC.** : | Case No. 2:21-cv-01609 |
| and : | |
| **PHILADELPHIA CITY COUNCILMEMBER MARK F. SQUILLA** : | |
| and : | |
| **THE 1492 SOCIETY** : | |
| and : | |
| **JODY DELLA BARBA** : *Plaintiffs*, : | |
| v. : | |
| **CITY OF PHILADELPHIA** : | |
| and : | |
| **MAYOR JAMES F. KENNEY** : *Defendants*. : | |

**CERTIFICATION OF SERVICE**

I, George Bochetto, Esquire hereby certify that a true and correct copy of the within Notice of Appeal was forwarded on the 18th day of January, 2022 to the following via ECF filing and first class mail:

Honorable C. Darnell Jones II
Senior United States District Judge
James A. Byrne U.S. Courthouse, Courtroom 15-B
601 Market Street
Philadelphia, PA 19106

Benjamin H. Field, Esq.
Lydia M. Furst, Esq.
Meghan E. Clairborne, Esq.
Anne Taylor, Esq.
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
*Attorneys for Defendants*

Francis Recchuiti, Esq.
Vangrossi & Recchuiti
319 Swede Street
Norristown, PA 19401
*Attorney for Intervenor*
*Grand Lodge of Pennsylvania, Sons and Daughters of Italy*

                                                    **BOCHETTO & LENTZ, P.C.**

Date: 1/18/2022

                                    By:    */s/ George Bochetto, Esquire*
                                                  George Bochetto, Esquire
                                                  *Attorney for Plaintiffs*